PISCATAWAY TOWNSHIP BOARD OF EDUCATION v. PISCATAWAY TOWNSHIP EDUCATION ASSOCIATION.

September 28, 1976. Petition for certification denied. (See 139 *N. J. Super.* 276)

STATE OF NEW JERSEY v. ARTHUR TURNER.

September 23, 1976. Petition for certification is granted and the decision of the Appellate Division is reversed and the sentence of the trial court is reinstated.

MILES F. DOLAN v. BOROUGH OF TENAFLY.

September 8, 1976. Certification to Superior Court, Law Division is granted.

STATE OF NEW JERSEY, COMMISSIONER OF TRANSPORTATION v. THE COUNCIL IN THE DIVISION OF RESOURCE DEVELOPMENT OF THE DEPARTMENT OF CONSERVATION.

September 16, 1976. Certification to Superior Court, Law Division is granted.

BARBARA MERENOFF v. ALLEN MERENOFF.

September 20, 1976. Certification to Superior Court, Law Division is granted.